UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 96-7883

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM GIST,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-95-370)

———————————

Submitted:  March 13, 1997          Decided:  March 20, 1997

———————————

Before HALL, ERVIN, and WILKINS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William Gist, Appellant Pro Se.  Harold Watson Gowdy, III, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for review of his sentence. Appellant sought to challenge his sentence under 18 U.S.C.A. § 3742(a)(2) (West Supp. 1996); however, his challenge was not filed within the appeal period, so we lack jurisdiction over the appeal. Fed. R. App. P. 4(b). Even if Appellant's motion were construed as a Fed. R. Crim. P. 35(b) motion, the district court lacked jurisdiction because only the Government may move for a Rule 35(b) reduction. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2